**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                    NO. 4:16CR00041-2 KGB

EDWIN EARL FOOTS, JR.

## ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (*d.e. #19*).  For good cause shown, the motion for issuance of a summons in GRANTED.  The Clerk is directed to issue a summons to Defendant Edwin Earls Foots, Jr. for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on April 28, 2016,  at 10:30 a.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 22nd day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE