# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  4:16-CR-00041-KGB-2

EDWIN EARL FOOTS, JR.

## ORDER

The Government has advised that, due to Defendant Foot's anticipated change of plea on January 8, 2018, it wishes to withdraw its Motion to Revoke, *Docket No. 40*. The motion is therefore withdrawn, and the hearing scheduled for December 15, 2017 is cancelled.

IT IS SO ORDERED THIS 8th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE